199 So. 904

**Bill Arp ARMSTRONG v. STATE.**

**I Div. 86.**

Supreme Court of Alabama.

Nov. 14, 1940.

J. Massey Edgar, of Chatom, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, having been abandoned.

■

196 So. 897

**Ex parte Edward Orlando BALDWIN, an Attorney.**

**4 Div. 120.**

Supreme Court of Alabama.

June 6, 1940.

Rehearing Denied June 20, 1940.

E. C. Boswell, of Geneva, B. W. Simmons, of Opp, and Powell & Fuller, of Andalusia, for petitioner.

Jas. W. Aird, of Birmingham, for respondent.

PER CURIAM.

On this hearing this court finds petitioner, Edward Orlando Baldwin, guilty of unethical conduct as charged, for which he is subject to disbarment or to suspension from the practice of law.

By reason of mitigating circumstances the court deems his suspension from the practice of law for the period of two years from and after this date will meet the ends of justice.

A judgment of suspension will accordingly be entered in this court. As thus modified, the judgment of the State Bar Commission is affirmed.

Modified and affirmed.

All Justices concur.

■

199 So. 904

**John B. CHIEPALICH et al. v. Andrew FLORIO and Joseph Chiepalich.**

**I Div. 87.**

Supreme Court of Alabama.

Nov. 14, 1940.

PER CURIAM.

Appeal dismissed for want of prosecution.